United States District Court
Eastern District of New York

**ORIGINAL**

Belinda A. Wilson
Roberto V. Hamilton
    (Plaintiffs)

V.s.

Police Officer - Micheal Babch,
Shield No. 90493-(ESU); Detective
Daniel Donaldson, Shield No. 4772-
(ESU); Detective Lenin Guererro,
Shield No. 7483-(ESU); Police Officer
Adam Geslak, Shield No. 29753-(ESU);
Detective Mathew Kosel, Shield No. 5311-
(ESU); Lieutenant Steven Caraballo-
(ESU); Detective Robert Romano,
Shield No. 7517-(ESU); Detectives
Micheal Tagnet, Shield No. 7633-(ESU);
Detective Raymond Raglone, Shield No. 4062
-(ESU); Detective Jason Jackson, Shield No.
7402-(ESU); Sergeant John McGivney,
Shield No. 851; Captain Tony Brown N.Y.P.D.;
Lieutenant Jose Vega, N.Y.P.D.; Lieutenant
Yeon Jung, N.Y.P.D.; Sergeant Paul Scocca,
Shield No. 3616, N.Y.P.D.; Police Officer Jason Smith,
Shield No. 16580; Police Officer George Allen, Shield No.
6387; Detective Joseph McEvoy, Shield No. 7393;
Police Officer Dwane Edwards, Shield No. 13815;
Police Officer Carlos Herrera, Shield No. 23317;
Sergeant Daniel Berardi, Shield No. 7293; Police Officer

Case #
18CV5219(LDH)(SJB)
Default Judgement

Amended
Complaint

RECEIVED
MAY 29 2019
PRO SE OFFICE

(1.)

Henry Rivera, Shield No. 3959;
Deputy Police Comm.; Police
Commissioner -; All Defendants - All Are Police Officers Of New York City; All Are Sued In Their Individual And Official Capacity; (See Exhibits "C" - List Of Officers Provided By The Corporation Counsel — List Of Officers Provided By The Court — There Are Many Discrepencies - And Some Officers Are Not On The Others List — See Notations On List —) !!! Officers Identified Themselves Upon Entry As "We Are The New York City Police Dept." ... Therefore The "New York City Police Dept. - Et Al" — Are Being Sued !!! Due To Fact Lists Lack Consistency !!! ...


- "Jurisdiction And Venue" Of Civil Rights Action -
- Complaint/Claim/Suit / Default Judgement -
- "Jurisdiction Of This Court In The Interest Of Justice" -


1.) The Eastern District Of New York Is An Appropriate Venue For This Civil Action Under 28 U.S.C. Section 1891(b)(2). (See Order By The Honorable Gregory H. Woods, U.S. District Judge (See Court Docket #9)... Because It Is Where The Events Giving Rise To This Complaint/Claim/Suit Occurred... Authorized By 42 U.S.C. § 1983 Seeking Relief And Redress To The Violations And Deprivations Criminally Under The Color Of Law, Federal And State, Of Rights Secured By The Constitution Of The U.S... This Honorable Court Has Jurisdiction Pursuant To 28 USC § 1406(a) In The Interest Of Justice; Venue Is Proper In This Honorable Court... The Federal Court That Has Jurisdiction Is The Eastern District Court Of New York. (See 28 U.S.C. § 42(c))... Court Docket #"6" + # "9" ...) This Honorable Court Further Has Jurisdiction Under 28 U.S.C. § 1331, 1334; Bivens Action - Tort Claim In The Nature Of _____

(2)

Mandamus... Plaintiff seeks Declatory Relief Pursuant To 28 U.S.C. Section 2201 & 2202... Plaintiff claim For Injunctive Relief Are Further Authorized By 28 U.S.C. Section 2283 & 2284 And Rule 65 Of the Federal Rule Of Civil Procedure.

2.) "Stament Of Claim"

In the Evening Of Dec. 15, 2017, At Approximately 8:30 P.M., Police Officers, SWAT Team, Broke Down Plaintiff's Apartment Door - (Mr. Roberto V. Hamilton) - Without Notice ... Plaintiff, Mr. Hamilton, Was Coming-Out Of Bed-Room ... Miss Wilson Was Sitting At Kitchen Table ... Which Is Next To Bed-Room ... The Tactical Had Guns Drawn ... Red Dots Flying All Over The Place ... By the Time Mr. Hamilton Reached Door-Way Of the Bed-Room And Kitchen, Tactical Team Was Upon them ... Miss Wilson Was Already Close To Bed-Room Door ... Mr. Hamilton Moved Miss Wilson Behind Him ... At that Instant, Officer In Complete Protective Guar & Shield Charges Mr. Hamilton, Attempting To Knock Him Down ... Concerned About Miss Wilson Mr. Hamilton Withstood the First Assault ... Then Officers With-Drew Side-Arm And then "2" More Officers With First Officer, Simoultaneously Resumed the Attack ... Knocking Mr. Hamilton Of His Feet, Onto Miss Wilson ... Causing Injury To her Leg ... She Could Not Move ... Mr. Hamilton Could Not Move ... Red dots Flying All-Over them ... Officers Could Not Be Identified ... Full-Tactical Gear Helmets ... Face Coverings ... Badges Also Were Covered ... Miss Wilson Was Screaming In Pain ... Mr. Hamilton Attempted To Lift Off Wilson showing His Hands ... Instead they Rolled Him Over this

(3)

Hand-Cuffed Him ... Miss Wilson Is Terminally Ill... She Has Been Diagnosed With "Mostastisizing Cancer" and "T.B." And Other Terminal Diseases ... She Has Not Too Long Been Released From Hospital + Re-habilating Center ... Miss Wilson Has Almost Died And Was Now Beginning To Recover ... (Miss Wilson Went From "225" Pounds To "88" Pounds Within The Space Of A Month And A Half ... It Was Touch And Go For Her For About "9" Months ... They Had To Induce "Coma" To Save Her Life ... Coma Was Induced For About "3" Wks ...) This Was Prior To Incident Of Dec. 15, 2017 ... She Was Home About A "7" Weeks ...

Finally When Mr. Hamilton Was Taken Off Miss Wilson, Officers Noticed The Condition Of Her Leg And Called The Ambulance ... When This Time Mr. Hamilton Asked Officers Why Were They There ... Officer Stated He Has A Warrant But Only Flashes A Sheet Of Paper ... Mr. Hamilton Asked Again Why Were They There ... Officer Stated ... "For Anything Illegal" ... Mr. Hamilton Stated, "Should Not There Be Some Specifity On A Warrant?" ... Officer Stated ... "Lieutenant Will Speak To You." ... Mr. Hamilton Has Been Living At That Address At That Time Close To "10" Yrs. ... And Nothing Like That Has Never Happened Before ... And Mr. Hamilton Asked Again "Why Were They There?" ... And Could He Get A Copy Of The Warrant ... Officer Stated When Mr. Hamilton Saw The Lieutenant ... Mr. Hamilton Asked If Land-Lord Knew About What's Going On Officer Stated "Yes." ... Officers Did Not Know The Lay-out Of Mr. Hamilton's Apartment ...

(4.)

Officers were literally astonished, to discover there was another part to Mr. Hamilton's apartment... By this time the ambulance came... they had to put Miss Wilson on a gurney, and take her out... Mr. Hamilton asked again for a copy of the warrant... to no avail... Officer again referred to the Lieutenant... Mr. Hamilton asked again about why were they there... Officer stated, "For anything illegal"... Mr. Hamilton began to hear things crashing and being thrown around... There was a trionfi in Mr. Hamilton's living room... Mr. Hamilton never got to see him... Miss Wilson kept asking for her medication... They never gave it to her... Besides her other terminal problems, Miss Wilson has "HIV"... When they took Miss Wilson the Ambulance, at the same time the Officers took Mr. Hamilton out... still hand-cuffed... Transported him to the "73rd" Precinct... Mr. Hamilton asked if he was under Arrest and the name the Arresting Officer... Officer said "Yes", he was under Arrest... Mr. Hamilton asked What For... Officer stated he would see the Lieutenant... Mr. Hamilton arrived home about "5:45" AM... All that time... From about "8:30" P.M. till about "5:00" AM... Mr. Hamilton did not see this Lieutenant... He was not processed... No fingerprinting... No pictures... No nothing... When Mr. Hamilton finally saw New York City Police Officer, Lieutenant... Mr. Hamilton was Released... And was provided with no documents what-so-ever... Despite his repeated request for them... The "Search + Warrant" Especially... Nor did the Police Lieutenant provides his name... Mr. Hamilton had to walk home from the Precinct to his home... Yes... In Inclement Weather.

(.5.)

When Mrs. Hamilton, Arrived Home, Everything Was Trashed... Belongings Was Scattered From The Hall-Way And Straight To The Vestibule... "Prayer Room" Destroyed ... "Library" Destroyed ... "Living Room" - Destroyed And "Bed-Room" Destroyed... (For Pictoral Evidence - See Court Docket # 1, 2, 3) See Also (State Of New York - Court Of Claims - N.Y.C. Comptrollers Office - 2018, Mar. 15, 16, - 1 Centre St., New York, N.Y. - 10007-2341 : Claim No.: 2018P1008320 - 2018P1008319.) ... (See Also 50-H Hearing By Russo & Toner Law Firm)...

Miss Wilson, Arrived Home "2" Days Later Due To Insuries... From 12/15/17 - To 12/17/2017 - (See Exhibit "B") - Miss Wilsons Entire Brookdale Hospital Records)... All Of Plantiff's Constitutional And Civil Rights "WERE VIOLATED"... (See Exhibit "A" - Pages # Starting From Page # 2)...

"Facts Surrounding Default Judgement Case"

(3) Fact:

Without Warning, Apartment Door Of Plantiff Was Smashed Open; Individuals In Their Official Capacity, Identified Themselves Stating - "This Is The New York City Police Dept - We Have A Warrant"!!! (With Guns Drawn With "Red Dots" Flying All-Over The Place...

(4) Fact:

No Warrant Was Shown!

(5) Fact:

No Copy Of "A Warrant" Was Given To Plantiffs To Sign!

(6)

(6) Fact:
   Miss Wilson was Injured In the Onslaught!

(7) Fact:
   Mr. Hamilton was Handcuffed, And Taken To 73rd Pct.!

(8) Fact:
   Officer Called Ambulance For Miss Wilson! And She Was Taken To Brookdale Hospital — (Emergency:) ...

(9) Fact:
   No Documentation On Hospital Records Of Officer's Name Nor Badge No. ... (See Exhibit — Hospital Records)!

(10) Fact:
   No Documentation Of Arresting Officer's Name Nor Shield No. Provided For Mr. Hamilton ... (At 73rd Pct.)

(11) Fact:
   "7 to 8" Hours Later, Mr. Hamilton Was Released From 73rd Pct. ... No Documentation Of Exoneration Provided ...

(12) Fact:
   No Copy Of Warrant Provided To Mr. Hamilton ...

(13) Fact:
   No Warrant Was Signed By Mr. Hamilton ...

(7)

(14) Fact:
FDNY Ambulance Phone No. Given To Verify Officer's I.D. And Shield No. ... No Information Could Be Attained ... (See Exhibit — Hospital Records) ...

15. Fact:
On March 15, 2018, Plaintiffs Filed Complaint/Claim/Suit "Notice" To Comptroller's Office Of N.Y.C. For Defendants To Respond With Findings! ... Clearly Stating No Response Is Clearly Deemed N.Y.C. Because Of The Events That Took Place On Dec. 15, 2017 — Were In Full Agreement That Plaintiffs Were Clearly Entitled To All Of The Suit/Claim ... Relief In The Amount Of $700,000 - Per Plaintiff - And Whatever Expenses Incurred ... Such As "Tax" - Plus Gag Order - And No Record Of Settlement!!! A Response Was To Be Sent To "Notary" - And One To Each Of Plaintiffs ... Notary Serves As Witness!!! This Was Done On "3" Separate Occasions !!! With More Than Ample Time —
— Second Notarized Notice Was Delivered On April 23, 2018; 3rd On May 17, 2018; All Hand Delivered To 1-Centre St. Room 1200 ... (See Exhibit A) ...

(16) Fact:
Due To The Actions Of Defendants And Corporate Counsel, which The Documented Facts Has Established, "The Less Than Honorable Tactics Implemented" - Twisting The Facts And Truths ... Pursuant To "American Jurisprudence" This Notice Has Become An Assessment With Additional Penalties Accrued ... For Deprivation Of Liberty The Cap Is Set At $1,600,000.00 Dollars !!!

(8.)

That Is Now What The Amount Is !!!

(17.) Fact:

Attorneys For The Defendants At First — Russo & Toner (See Exhibit — "50-H Hearing") — On June 8, 2018 Asked Miss Wilson If She Had A Copy Of The Warrant — Or Said Warrant ... Her Response Was No ... She In Turn Asked If They — "Russo & Toner" — Have A Copy Of Said Warrant They Said "No" ...

(18.) Fact:

(See Exhibit "50-H-Hearing") — First Attorneys For The Defendants — Russo & Toner, LLP – 33 Whitehall Street — 16th Fl. — New York, N.Y. 10004 — Could Not Provide Copy Of Said Warrant ...

(19.) Fact:

They Did Not Even Inquire Or Mention The Existence Of Said Case "The People Of New York State -vs- Miss Bokassa Wilson And Mr. Robert E to Hamilton ...

(20.) Fact:

Attorney's Russo & Toner Made It Very Clear, First, If A Claimant Fails To Appear For A Scheduled Hearing A "Default" Will Be Declared, And Claimant's Failure To Appear Will Be Raised As An Affirmative Defense In Any Lawsuit Subsequently Held !

(21.) Fact:

Further: In Order To Prevent Fraud, Plaintiff Is

(9.)

required to present proper I.D. prior to commencement of hearing. Additionally, Plaintiff, was requested to bring to the hearing original "Photographs of the Incident Scene and copies of all documents relevant to this claim", including but not limited to:

1.) Prior Written Notice Map;
2.) All Medical and Hospital Records;
3.) Authorizations for the Comptroller's Office to Obtain, As Applicable, Medical, Criminal, Employment and/or School Records, and Loss of Income Documentation;
4.) Police Reports; ...

Further:

Pursuant to state and federal law, the Comptroller's Office, through its attorneys taking hearings, is authorized to obtain, Social Security and Medicare or Medicaid Numbers for Tax and Reporting Purposes, and to allow for the collection of liens held by the City and State ...

Further, states:

Please be advised that nothing contained herein shall be construed as extending the Statute of Limitations beyond the statutory time ...

Further:

Please be aware that filing a false claim or aiding and abetting the filing of a false claim is a "crime". Violators will be prosecuted to the fullest extent of the law !

All questions with regards to this Notice should be addressed to the undersigned at:

10.

"Conclusion"

Plaintiffs Request that those Facts Be Cleared up --- If Not Defendants And Counsel Are Clearly Guilty Of Fraudulent Abuse Of this Honorable Court the Judicial System --- And the Constitution Of the United States --- And they Are In Clear Violations Of their Oath Of Office ---

Plaintiffs Cannot Help But Conclude Based On the Facts that Defendants & Corporate Counsel Would Not Have Attempted Such "stupid Undertakings" If they (Plaintiffs) Were Not Minorities --- And Were Not "Pro-Se" ---

Plaintiffs Civil, Constitutional, And Just Plain Rights As Human Beings Were Violated ---

"And Further Facts"

(31) Facts:
Many Of the Names From Lists Provided By Corp. Counsel And The Court Are Different (See Exhibit Lists Of Defendants         )

(32) Fact:
Court Order Dated 05/08/2018 — (No Docket No.); states that Plaintiffs Were Provided With A "LIST OF INDIVIDUALS" WHO MAY HAVE HAD SOME INVOLVEMENT WITH THE INCIDENT IN QUESTION PLAINTIFFS ARE DIRECTED TO FILE AN AMENDED

13

Police Dept. Went Looking For A Person Described As An African American Male In His Mid-Twenties, 5'6", Approximately 150 lbs, Ceaser Haircut And A Black Beard, "If Present There-In"... Plaintiffs Discovered That This Type Of Warrant Is Called A "Body Warrant"...

(27) Fact:

The Only Alloted Specific Purpose Stated On This Warrant Was Take The Described Person Into There Custody!... And Leave... So Why The Wanton And Malicious Destruction Of Plaintiff's Property And Apartment?... (See Warrant)

(28) Fact:

Defendants And Counsel Set Forth A Motion Dated Jan. 7, 2018... Brief States That A Quantity Of Illegal Narcotics, As Well As $319.00 Dollars, And A Cell Phone Was Recovered From Plaintiff's Apartment...

(29) Fact:

If This Is The Case - Was Any-One Memoralized, And Prosecuted For This... What Happened To These Articles... Were They Confiscated... Did Any-One Go To Jail... Was The Warrant Produced In Court Establishing Probable Cause To Convict Any-One Of A Crime... And Why Plaintiff Not Charged... Was There Any Illegal Activities Taking Place!!!... Is The Warrant Recorded In Any Criminal Court Proceedings...

(30) Fact:

Does Not The Plaintiffs Have The Right To Know These

(12)

wkordegay@russotoner.com / sdeanr2@russotoner.com
(See Exhibit - Russo & Toner "50-H Hearing".)

(22) Fact:
If Plaintiffs' "Claims" Were Not "Valid", Or Else, Would Not These Attorneys Seek To Prosecute Plaintiffs?...

(23) Fact:
Is this Not "Factual Evidence", That the New York City Office of the Corporation Counsel Were And Are Already In Possession Of All The Relevant Documents And Materials They Claimed They Needed this Honorable Court To Procure?

(24) Fact:
The Law Firm Of Russo & Toner Never Confirmed Or Acknowledge the Existence Of A "Case Entitled" The People Of the State Of New York vs. Miss Belinda A. Wilson & Mr. Roberts v. Hamilton"... Nor Could They Establish Any Record Of Plaintiffs Being Criminally Processed... Nor Serve A "Search Warrant"...

"Facts About Search Warrant Produced
By Defendants & their Counsel"

(25) Fact:
On Jan. 11, 2019, Plaintiffs Viewed This Warrant For The First Time!

(26) Fact:
Warrant Specifically States, Defendants, The New York

(13)

AND BE ENTITLED TO COPIES?...

(31) Fact:

Plaintiffs Had To Sign Release Authorizations Now ... And Still Is Not Privy To These Documented Events ... Whereas It Has Critical Information Blacked-Out!...

(32) Fact:

Defendants And Corporate Counsel Establishes Confirmation that this Criminal Case "People of the State of New York Vs. Miss Gutinea A. Wilson And Mr. Roberto V. Hamilton"... Does In Fact Exist ... Plaintiffs As Their Rights, Demand The Proof That These Proceedings Actually Occured. (See Exhibit Defendants & Counsel's Brief Dated January 7, 2019);

(33) Fact:

Transference of Plaintiffs Case was Ordered On July 11, 2018; And was Expedited ... It Never Got On Court Calendar Until Sept. 19, 2018; (See Court Docket) ... Why ...

34. Fact:

Plaintiff Went To Southern District Court And Ask Why was Not Their Case Transferred To Eastern District Court ... Southern District Court Clerck Stated Not True that the Transfer was Done Immediately ... (See Exhibit Pro-Se Intake that Southern District) ... (With Clerks Name) ...

(13)

COMPLAINT - INDICATING WHAT EACH DEFENDANT DID".

(37) Fact:

Plaintiffs were removed from premises within 15 to 20 minutes of the arrival of the New York Police Dept.

(38) Fact:

On Sept. 26, 2018, the Honorable Judge Sanket J. Bulsara gave order - states once the information of identity of officers is given, provides, "PLAINTIFFS COMPLAINT SHALL BE DEEMED AMENDED"-- and that "AN AMENDED SUMMONS "SHALL BE ISSUED"
(See Order Filed 09/26/2018

Whereforce Plaintiffs Humbly Request that the Default Judgement Already Established be Honored!!! Further that Defendant + Clean Up These Facts -- Proving them Guilty of Maliciously Depriving Plaintiffs Police that is Owed. And further Apologize for Willfully Abusing and Violating their Trust and Oath of Office!!!

Belinda Wilson
Belinda Wilson

Roberto Hamilton
Roberto Hamilton

Notary:
KATHERINE PROCHILO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PR6170947
Qualified in Nassau County
My Commission Expires August 25, 2019

"Certificate Of Service"

We Declare Under the Penalty Of Perjury that the Foregoing To Be True And Correct... The Plaintiff Roberto V. Hamilton Hereby Declare that I, Has Delivered To the U.S. Eastern District Court Of New York - this Motion

1.) Eastern District Court - 225 Cadman Plaza Brooklyn N.Y. - 11201

2.) The City Of New York Law Dept. J. Raymon Mechmann III Assistant Corp Counsel - 100 Church St. New York, N.Y. 10007

Belinda Wilson
Belinda Wilson

Roberto Hamilton
Roberto Hamilton

Notary:

KATHERINE PROCHILO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PR6170947
Qualified in Nassau County
My Commission Expires August 25, 2019